~~SEALED~~ ORIGINAL

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | AGENT TO ARREST   ODE |
| EUGENE THOMAS CHUNG<br>a/k/a Yoo Jin Chung | CASE NO. 1:13-CR-379 - / - ~~TCB~~ A |

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest EUGENE THOMAS CHUNG, a/k/a Yoo Jin Chung and bring him or her forthwith to the nearest magistrate to answer a(n)

**X** Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): CONSPIRACY TO COMMIT EXTORTION BY WRONGFUL USE OF FORCE, VIOLENCE OR FEAR; CONSPIRACY TO POSSESS W/INTENT TO DISTRIBUTE MARIJUANA; EXTORTION BY FORCE, VIOLENCE OR FEAR; USING A FIREARM IN A CRIME OF VIOLENCE; POSSESSION W/INTENT TO DISTRIBUTE MARIJUANA in violation of **Title 18, United States Code, Section(s) 1951 and 924(c); 21 USC Section 846.**

JAMES N. HATTEN
Name of Issuing Officer

*S. Edwards*
Signature of Issuing Officer / Deputy Clerk

Clerk, U.S. District Court
Title of Issuing Officer

September 18, 2013 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 23 2013
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:
FBI

Date Received: _____

Date of Arrest: 9-19-13    HON SUSN BG 2 WET 8T 335

S/A R. McGroarty
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AUSA: JOHN S. GHOSE, RYAN SCOTT FERBER

# 65208-019