# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cr-00379-TCB-AJB
### USA v. Chung et al
### Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 10/15/13.

TIME COURT COMMENCED: 11:06 A.M.
TIME COURT CONCLUDED: 12:20 P.M.            TAPE NUMBER: FTR
TIME IN COURT: 1:14                         DEPUTY CLERK: Lisa Enix
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Eugene Thomas Chung NOT Present at proceedings<br>[2]Athith A. Vorasith NOT Present at proceedings<br>[3]Jong Sung Kim NOT Present at proceedings<br>[4]Ye El Choi NOT Present at proceedings<br>[5]Thomas Jungwon Lee NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Mildred Dunn representing Athith A. Vorasith<br>Ryan Ferber representing USA<br>L. Finlayson representing Jong Sung Kim<br>John Ghose representing USA<br>John Lovell representing Thomas Jungwon Lee<br>Ravindra Rayasam representing Ye El Choi<br>Steven Sadow representing Eugene Thomas Chung |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PRETRIAL CONFERENCE INFO: | Rule 16(PTO ¶¶ II.B./IV.A.-Defendant) Provided and Discovery still outstanding Jencks/Brady/Giglio re: Victim #1 statements for 12/09, 01/10 and 2013. To be produced Victim #1 statements for 12/09, 01/10 and 2013 for in camera review by the Court on 10/16/13. Jong Kim's to provide GPS search warrants to the Court by 10/16/13.<br> Rule 12(b)(4) (PTO ¶¶ II.B./IV.B.-Defendant) Requested. Statements as to Kim and Chung and Evidence as to Chung.<br> Rule 404(b)(PTO ¶IV.C.-Defendant) Requested and None. If found, Ordered disclosed 14 days before trial if in ND Ga., 21 days before trial if outside ND Ga.<br> Expert Witness-Defendant Requested and Notice of "agent expert" testimony to be provide in 30 days in order for the Court to evaluate if that qualifies as expert testimony. |
| MOTIONS RULED ON: | DFT#1-[78]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT The Defendant shall have until 11/15/13 to supplement this motion<br>DFT#1-[79]Motion for Disclosure of Confidential Informants DENIED<br>DFT#3-[74]Motion for Disclosure of Confidential Informants DENIED |

|  |  |
|---|---|
|  | DFT#3-[75]Motion to Sever Defendant,  TAKEN UNDER ADVISEMENT. Government's response w/in 30 days including the full statements with proposed redactions The Defendant's reply due in 14 days.<br>DFT#3-[76]Motion to Suppress Evidence WITHDRAWN<br>DFT#3-[77]Motion to Suppress Statements, TAKEN UNDER ADVISEMENT. The Defendant shall have until 11/15/13 to supplement this motion. Defendant to provide GPS search warrants to the Court by 10/16/13.<br><br>DFT#3-[80]Motion to Suppress Evidence, TAKEN UNDER ADVISEMENT. Defendant has until 10/16/13 to provide search warrant applications to the Court. Defendant to provide GPS search warrants to the Court by 10/16/13 Perfected motion due 11/15/13.<br>DFT#4-[73]Motion to Sever Defendant, TAKEN UNDER ADVISEMENT. Government's response due on 11/15/13 including the full statements with proposed redactions The Defendant's reply due 11/29/13 |
| MINUTE TEXT: | Jon Sung Kim's Oral Motion in Limine, Taken Under Advisement; Perfected motion due on 11/15/13. Eugene Chung's Oral Motion to Suppress Statements, Taken Under Advisement; Perfected motion due on 11/15/13. Eudgene Chung and Athith Vorasith's Oral Motion to Avoid Separation of Defendant's in Prison, Taken Under Advisement; The Government's justification for the separation of defendants shall be due on 10/21/13. Defendants' Joint Oral Motion for Additional Time to Supplement or File Additional Motions to Suppress, Granted; The Defendants shall have until 11/15/13 to file, perfect or withdraw motions. Jencks Act Statements Requested and Ordered. |
| EXCLUDABLE DELAY: | The parties shall have until 11/15/13 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |