U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 1 8 2014

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2010R00019)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. 1:13-CR-00379-TCB-AJB — 1 SUPERSEDING |
| | MAGISTRATE CASE NO. |

X Indictment      Information      Magistrate's Complaint
DATE: 3/18/2014     DATE:     DATE:

UNITED STATES OF AMERICA
vs.
EUGENE THOMAS CHUNG
A/K/A YOO JIN CHUNG

FIRST SUPERSEDING INDICTMENT
Prior Case Number: 1:13-CR-379-TCB-AJB
Date Filed: September 17, 2013

GREATER OFFENSE CHARGED: X Felony    Misdemeanor

### Defendant Information:

Is the defendant in custody?    X Yes    No
Is the defendant in custody on this charge or other conviction?    On this charge
Is the defendant awaiting trial on other charges?    Yes    X No
     Other charges:
     Name of institution:
Will the defendant be arrested pending outcome of this proceeding?    Yes    X No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    Yes    X No

District Judge: Timothy C. Batten Sr.

Attorney: John S. Ghose
Defense Attorney: Steven Howard Sadow